# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CITY OF GREENSBORO, NORTH CAROLINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1-14-CV-683 |
| | ) | |
| LABRIE ENVIROQUIP GROUP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on December 15, 2014, was served on the parties. (Docs. 38, 39.) No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the motion to dismiss defendant Myers Power Products, Inc. is **GRANTED**. (*See* Doc. 24 and Docket Entry of September 3, 2014.) It is further **ORDERED** that the claims against defendant Myers Power Products, Inc. Group are **DISMISSED**.

This the 22nd day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE